Troy Sykes AK-9480
Name and Prisoner/Booking Number

Avenal State Prison
Place of Confinement

P O Box 903
Mailing Address

Avenal, CA. 93704
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED

**Jun 28, 2023**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Troy Sykes
(Full Name of Plaintiff)          Plaintiff,

v.

(1) Dpt. of Corrections
(Full Name of Defendant)

(2) Avenal State Prison

(3) Warden Martin Gamboa

(4) _____
            Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:23-cv-00967-GSA (PC)
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Avenal, CA.

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: _Department of Corrections_ . The first Defendant is employed as:
_State Owned Department_ at _Avenal State Prison_ .
(Position and Title)                          (Institution)

2. Name of second Defendant: _Avenal State Prison_ . The second Defendant is employed as:
at _an Institution_ .
(Position and Title)                          (Institution)

3. Name of third Defendant: _Martin Gamboa_ . The third Defendant is employed as:
_Warden_ at _Avenal State Prison._ .
(Position and Title)                          (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
at _____ .
(Position and Title)                          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

  a. First prior lawsuit:
    1. Parties: _____ v. _____ .
    2. Court and case number: _____
    3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____ .

  b. Second prior lawsuit:
    1. Parties: _____ v. _____ .
    2. Court and case number: _____
    3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____ .

  c. Third prior lawsuit:
    1. Parties: _____ v. _____ .
    2. Court and case number: _____
    3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Amendment XIV and Amendment VIII_.

2. **Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.**
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: _Denial of Senate Bill 416._
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   CDCR is not in compliance with Senate Bill 416. This bill was imposed to give full access to the CSU and UC system for post secondary education, free of charge. There is no action or plan to bring to Avenal State Prison or many others under CDCR jurisdiction. It has been 6 months since the law came into effect and CDCR is without plan or action to become in compliance.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Denies me of education. This also denies me of opportunity to earn time off my sentence, lost future earnings and earnings lost during further incarceration. Hampers rehabilitative process.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## E. REQUEST FOR RELIEF

State the relief you are seeking: *Since CoCR is not fulfilling the obligations:*

- *$35,000 for cost of schooling with other source.*

- *$1,000,000 for punitive damages so they situation gets rectified.*

- *$400.00 for cost of filing fee.*
- *immediate relief to have access to "Canvas" Systems to initiate access to UC and CSU systems.*
  *Also do declare plan for all of CPCC by 2024 to start schooling.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __JUNE, 10, 2023__
　　　　　　　　DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

STATE OF CALIFORNIA
**GOVERNMENT CLAIM**
DGS ORIM 006 (Rev. 08/19)

## CLAIMANT INFORMATION

LAST NAME *Sykes*

FIRST NAME *Troy*

MIDDLE INITIAL *A*

BUSINESS NAME(if applicable)

INMATE OR PATIENT IDENTIFICATION NUMBER (if applicable) *AK-9480*

EMAIL ADDRESS

TELEPHONE NUMBER

MAILING ADDRESS *P.O. Box 903*

CITY *Avenal*   STATE *CA*   ZIP *93204*

INSURED NAME(Insurance Company Subrogation)

IS THE CLAIMANT UNDER 18 YEARS OF AGE?
☐ Yes   ☒ No

IS THIS AN AMENDMENT TO A PREVIOUSLY EXISTING CLAIM?
☐ Yes   ☒ No

EXISTING CLAIM NUMBER (if applicable)

EXISTING CLAIMANT NAME(if applicable)

## ATTORNEY OR REPRESENTATIVE INFORMATION

LAST NAME

FIRST NAME

MIDDLE INITIAL

TELEPHONE NUMBER

EMAIL ADDRESS

MAILING ADDRESS

CITY   STATE   ZIP

## CLAIM INFORMATION

STATE AGENCIES OR EMPLOYEES AGAINST WHOM THE CLAIM IS FILED *Avenal State Prison, Dept. of Corrections & Rehabilitation*

DATE OF INCIDENT *5/23/23*

LATE CLAIM EXPLANATION (Required, if incident was more than six months ago)

DOLLAR AMOUNT OF CLAIM *$1,035,800*

CIVIL CASE TYPE(Required, if amount is more than $10,000)
☐ Limited ($25,000 or less)   ☒ Non-Limited (over $25,000)

DOLLAR AMOUNT EXPLANATION *Actual damages and punitive damages.*

INCIDENT LOCATION *Avenal State Prison*

SPECIFIC DAMAGE OR INJURY DESCRIPTION *Violation and non-compliance with S.B. 416.*

CIRCUMSTANCES THAT LED TO DAMAGE OR INJURY *Non-compliance*

EXPLAIN WHY YOU BELIEVE THE STATE IS RESPONSIBLE FOR THE DAMAGE OR INJURY *This S.B. 416 is law, went into effect on Jan. 1, 2023. Avenal State Prison has no plan to implement this program or follow law.*

Page 1 of 2

STATE OF CALIFORNIA

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

## GOVERNMENT CLAIM
DGS ORIM 006 (Rev. 08/19)

### AUTOMOBILE CLAIM INFORMATION

| | | VEHICLE LICENSE NUMBER (if known) | STATE DRIVER NAME (if known) |
|---|---|---|---|
| **DOES THE CLAIM INVOLVE A STATE VEHICLE?** ☐ Yes ☑ No | | | |
| **HAS A CLAIM BEEN FILED WITH YOUR INSURANCE CARRIER?** ☐ Yes ☑ No | | INSURANCE CARRIER NAME | INSURANCE CLAIM NUMBER |
| **HAVE YOU RECEIVED AN INSURANCE PAYMENT FOR THIS DAMAGE OR INJURY?** ☐ Yes ☑ No | | AMOUNT RECEIVED (if any) | AMOUNT OF DEDUCTIBLE (if any) |

### NOTICE AND SIGNATURE

I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

SIGNATURE: *Troy Sykes*

PRINTED NAME: *Troy Sykes*

DATE: June 10, 2023

### INSTRUCTIONS

- Include a check or money order for $25, payable to the State of California.
  - $25 filing fee is not required for amendments to existing claims.
- Confirm all sections relating to this claim are complete and the form is signed.
- Attach copies of any documentation that supports your claim. Do not submit originals.

Mail the claim form and all attachments to:
Office of Risk and Insurance Management
Government Claims Program
P.O. Box 989052, MS414
West Sacramento, CA 95798-9052

Claim forms can also be delivered to:
Office of Risk and Insurance Management
Government Claims Program
707 3rd Street, 1st Floor
West Sacramento, CA 95605
1-800-955-0045

### Department of General Services Privacy Notice on Information Collection

This notice is provided pursuant to the Information Practices Act of 1977, California Civil Code Sections 1798.17 & 1798.24 and the Federal Privacy Act (Public Law 93-579).

The Department of General Services (DGS), Office of Risk and Insurance Management (ORIM), is requesting the information specified on this form pursuant to Government Code Section 905.2(c).

The principal purpose for requesting this data is to process claims against the state The information provided will/may be disclosed to a person, or to another agency where the transfer is necessary for the transferee-agency to perform its constitutional or statutory duties, and the use is compatible with a purpose for which the information was collected and the use or transfer is accounted for in accordance with California Civil Code Section 1798.25.

Individuals should not provide personal information that is not requested.

The submission of all information requested is mandatory unless otherwise noted. If you fail to provide the information requested to DGS, or if the information provided is deemed incomplete or unreadable, this may result in a delay in processing.

**Department Privacy Policy**
The information collected by DGS is subject to the limitations in the Information Practices Act of 1977 and state policy (see State Administrative Manual 5310-5310.7). For more information on how we care for your personal information, please read the DGS Privacy Policy.

**Access to Your Information**
ORIM is responsible for maintaining collected records and retaining them for 5 years. You have a right to access records containing personal information maintained by the state entity. To request access, contact:

DGSORIM
Public Records Officer
707 3rd St., West Sacramento, CA 95605
(916) 376-5300

Page 2 of 2

STATE OF CALIFORNIA

DEPARTMENT OF GENERAL SERVICES
OFFICE OF RISK AND INSURANCE MANAGEMENT

**FEE WAIVER REQUEST**
DGS ORIM 005 (Rev. 09/19)

## CLAIMANT INFORMATION

FIRST NAME _Troy_

LAST NAME _Sykes_

CLAIM NUMBER (IF KNOWN)

TELEPHONE NUMBER

If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance.

INMATE IDENTIFICATION NUMBER _AK-9480_

## FINANCIAL INFORMATION

☐ I am receiving financial assistance from one or more of the following programs

- Supplemental Security Income (SSI) and State Supplemental Payments (SSP)
- California Work Opportunity and Responsibility to Kids (CalWORKS)
- CalFresh/SNAP (formerly Food Stamps)
- General Relief (GR) or General Assistance (GA)

☒ Number of household members and monthly household income are within one of the categories below.

| Number of Household Members | Maximum Monthly Household Income |
|---|---|
| 1 | $1,012 |
| 2 | $1,372 |
| 3 | $1,732 |
| 4 | $2,092 |
| 5 | $2,452 |
| 6 | $2,812 |

For each additional household member beyond 6, add $360 to the maximum monthly household income

## CLAIMANT CERTIFICATION

I request a waiver of the $25 fee to file a government claim. I declare under penalty of perjury, per Penal Code Section 72, that the information provided on this application is true and correct.

Signature _Troy Sykes_

Date _June 10, 2023_

Department of General Services
Office of Risk and Insurance Management
Government Claims Program
PO Box 989052, MS 414
West Sacramento, CA 95798-9052

1-800-955-0045 - File a Government Claim